UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID BAUER,

    Plaintiff,

v.                                           CASE NO.: 8:12-cv-615-T-23TGW

MIDLAND CREDIT MANAGEMENT,
INC.,

    Defendant.
_____/

## **ORDER**

    A May 17, 2012, order (Doc. 15) consolidates this action with two others and designates *Bauer v. Midland Credit Mngmt.*, 8:12-cv-0614-T-23TGW, as the "lead case." Accordingly, the clerk is directed to close this case.

    ORDERED in Tampa, Florida, on October 31, 2012.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE